**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NOVELPOINT TRACKING LLC, <br><br>                Plaintiff, <br><br> v. <br><br> BUSHNELL, INC., <br><br>                Defendant. | Civil Action No. 6:14-cv-182-JRG-RSP |

## STIPULATED MOTION FOR DISMISSAL

The plaintiff NovelPoint Tracking, LLC and defendant Bushnell, Inc., pursuant

to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims between the

parties with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 19, 2015                 Respectfully submitted,

*/s/Andrew W. Spangler*              */s/ John M. Hardy*
Andrew W. Spangler TX SB #24041960       John M. Hardy (Texas Bar No. 24059897)
SPANGLER LAW P.C.                   HARDY COOK & HARDY, PC
208 N. Green Street, Suite 300          2080 Three Lakes Parkway
Longview, TX 75601                  Tyler, TX 75703
Telephone: (903) 753-9300           Telephone: (903) 561-8400
Facsimile: (903) 553-0403            Facsimile: (903) 561-8228
spangler@spanglerlawpc.com         jmh@hardylaw.com

Stamatios Stamoulis DE SB #4606       *Attorney for Defendant*
Richard C. Weinblatt DE SB #5080      *Bushnell, Inc.*
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*NovelPoint Tracking, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 19, 2015.

*/s/Andrew W. Spangler*
Andrew W. Spangler